IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnny Willie Jones, #31139-171,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Herman Quay,<br><br>　　　　　Respondent. | C/A No. 4:22-551-JFA-TER<br><br>**ORDER** |

　　　This matter is currently before the court on pro se petitioner Johnny Willie Jones' action under 28 U.S.C. § 2241, in which he seeks immediate release from confinement under his theory that no judge has the authority to send anyone to prison. (ECF No. 1). After reviewing the petition, the Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation ("Report") and opines that the District of South Carolina is not the appropriate venue for this action and this case should be transferred to the United States District Court for the Middle District of Pennsylvania. (ECF No. 3).

　　　The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation. Petitioner was advised of his right to object to the Report, which was entered on the docket on March 1, 2022. (ECF No. 3). The Magistrate Judge required Petitioner to file objections by March

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

15, 2022. *Id.* However, Petitioner failed to file any objections or otherwise respond. In the absence of specific objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Therefore, the Report is incorporated herein by reference. (ECF No. 3).

Accordingly, this action should be transferred to the proper jurisdiction for adjudication by the proper court. Thus, this action is hereby transferred to the United States District Court in the Middle District of Pennsylvania.

IT IS SO ORDERED.

March 21, 2022  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge